### AMERICAN RADIATOR COMPANY v. DIXIE FIRE INSURANCE COMPANY.

(Filed 17 April, 1929.)

APPEAL by plaintiff from *Shaw, J.,* at August Term, 1928, of GUILFORD. No error.

*Shuping & Hampton for plaintiff.*
*Brooks, Parker, Smith & Wharton for defendant.*

TOMLINSON *v.* INSURANCE COMPANY.

PER CURIAM. The questions involved in this case are the same as those in *Tomlinson Company, Inc., v. Fire Insurance Company, Inc., post*, 777, and the principles applicable here are the same as those controlling in that case. The amount found for the plaintiff was admitted by the defendant to be due.

No error.